UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL CROCKER** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:14-cv-292 (AWT)** |
| vs. | : | |
| **NEW HAVEN TRUCK & AUTO BODY, INC., and WILLIAM SNOW, SR.** | : | |
| **Defendants.** | : | **April 16, 2015** |
| | : | |

## STIPULATION FOR WITHDRAWAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| THE PLAINTIFF, | THE DEFENDANTS, |
|---|---|
| By: /s/ Joshua R. Goodbaum | By: /s/ Kenneth M. Rozick |
| Joshua R. Goodbaum (ct28834) | Kenneth M. Rozick (ct20207) |
| GARRISON, LEVIN-EPSTEIN, RICHARDSON, FITZGERALD & PIRROTTI, P.C. | JACOBS & ROZICK, LLC |
| 405 Orange Street | 91 William Street |
| New Haven, CT  06511 | New Haven, CT  06511 |
| Tel.: (203) 777-4425 | Tel.: (203) 772-4134 |
| Fax: (203) 776-3965 | Fax: (203) 772-4472 |
| E-mail: Jgoodbaum@garrisonlaw.com | E-mail: Krozick@jacobsandrozick.com |

## CERTIFICATION

I HEREBY CERTIFY that on this  16th  day of April, 2015, a copy of the foregoing **Stipulation for Withdrawal of Action With Prejudice** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                           */s/ Joshua R. Goodbaum*
                                           Joshua R. Goodbaum